**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-2024**

―――――――――

TONY GIVENS,

          Plaintiff - Appellant,

    versus

UNITED STATES OF AMERICA,

          Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-00-112-1)

―――――――――

Submitted:  October 26, 2000      Decided:  November 1, 2000

―――――――――

Before WIDENER, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Tony Givens, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Givens appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court, and deny Givens' motion for discovery as moot.  <u>See</u> <u>Givens v. United States</u>, No. CA-00-112-1 (N.D.W. Va. July 18, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2